UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00226

**Equal Employment Opportunity Commission,**
*Plaintiff,*

v.

**SDI of Mineola, L.L.C. d/b/a Sonic Drive-In et al.,**
*Defendants.*

# ORDER

Plaintiff Equal Employment Opportunity Commission ("EEOC") filed this action for sexual harassment and hostile work environment on behalf of Vanessa Spurgeon, Krystin McElya, Trinity Hollingsworth, Ashleigh Stein, Shelby Henson, Lauren Crump, Gabrielle Jerome, Sage Mizer, and other aggrieved female employees ("Claimants"). Doc. 1. The case was referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 3.

On August 17, 2022, the magistrate judge issued a report recommending that defendants' motion for summary judgment (Doc. 51) be denied. Doc. 76. Defendants did not file written objections. When a party fails to object to a magistrate judge's report, the court reviews the record only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996).

Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court denies defendants' motion for summary judgment.

*So ordered by the court on September 9, 2022.*

J. CAMPBELL BARKER
United States District Judge