UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00226

**Equal Employment Opportunity Commission,**
*Plaintiff,*
v.
**SDI of Mineola, Texas, LLC d/b/a Sonic Drive-In et al.,**
*Defendants.*

**VERDICT OF THE JURY**

**Question 1:**

*Answer "Yes" or "No" for each claimant.*

Has plaintiff EEOC proved that Leston Juarez harassed the claimant because of the claimant's sex?

| Claimant | Yes | No |
|---|---|---|
| Lauren Baze | | ✓ |
| Trinity Hollingsworth | | ✓ |
| Gabrielle Jerome | | ✓ |
| Kyrstin McElyea | | ✓ |
| Sage Mizer | | ✓ |
| Vanessa Spurgeon | | ✓ |
| Ashleigh Stein | | ✓ |

**Question 2:**

*If you answered "Yes" to Question 1 for a claimant, then answer this Question 2 for that claimant. Otherwise, leave it blank.*

Has the relevant defendant proved that it exercised reasonable care to prevent and promptly correct the harassment of the claimant?

| Claimant | Yes | No |
|---|---|---|
| Lauren Baze | | |
| Trinity Hollingsworth | | |
| Gabrielle Jerome | | |
| Kyrstin McElyea | | |
| Sage Mizer | | |
| Vanessa Spurgeon | | |
| Ashleigh Stein | | |

### Question 3:

*If you answered "Yes" to Question 2 for a claimant, then answer this Question 3 for that claimant. Otherwise, leave it blank.*

Has the relevant defendant proved that the claimant unreasonably failed to (1) use or take advantage of the sexual-harassment-reporting policy provided by the defendant or (2) otherwise avoid harm?

| Claimant | Yes | No |
|---|---|---|
| Lauren Baze | | |
| Trinity Hollingsworth | | |
| Gabrielle Jerome | | |
| Kyrstin McElyea | | |
| Sage Mizer | | |
| Vanessa Spurgeon | | |
| Ashleigh Stein | | |

### Question 4:

*Answer as to each claimant in dollars and cents or write "None."*

What sum of money, if paid now in cash, would compensate the claimant for any pain and suffering, inconvenience, stress, and loss of enjoyment of life caused to her by the unlawful conduct, if any, of defendant that employed her?

| Claimant | Amount |
|---|---|
| Lauren Baze | $ None |
| Trinity Hollingsworth | $ None |
| Gabrielle Jerome | $ None |
| Kyrstin McElyea | $ None |
| Sage Mizer | $ None |
| Vanessa Spurgeon | $ None |
| Ashleigh Stein | $ None |

**Question 5:**

Has plaintiff EEOC proved that Vanessa Spurgeon was constructively discharged from her employment at Sonic of Mineola?

Yes _____ No ___✓___

*If your answer is "Yes," then answer the following sub-question in dollars and cents or write "None":*

What amount of backpay damages is Spurgeon entitled to?

$ __None__

**Question 6:**

Has plaintiff EEOC proved that Ashleigh Stein was constructively discharged from her employment at Sonic of Whitehouse?

Yes _____ No ___✓___

*If your answer is "Yes," then answer the following sub-question in dollars and cents or write "None":*

What amount of backpay damages is Stein entitled to?

$ __None__

**Question 7:**

*Answer "Yes" or "No" for each claimant.*

Has plaintiff EEOC proved that the defendant who employed the claimant acted with malice or reckless indifference to the rights of the claimant?

| Claimant | Yes | No |
|---|---|---|
| Lauren Baze | | ✓ |
| Trinity Hollingsworth | | ✓ |
| Gabrielle Jerome | | ✓ |
| Kyrstin McElyea | | ✓ |
| Sage Mizer | | ✓ |
| Vanessa Spurgeon | | ✓ |
| Ashleigh Stein | | ✓ |

**Question 8:**

*If you answered "Yes" to Question 7 for a claimant, then answer this Question 8 for that claimant. Otherwise, leave it blank.*

What sum of money, if any, should be assessed as punitive damages against the defendant who employed the claimant?

*Answer in dollars and cents or write "None":*

| | |
|---|---|
| Lauren Baze | $ _____ |
| Trinity Hollingsworth | $ _____ |
| Gabrielle Jerome | $ _____ |
| Kyrstin McElyea | $ _____ |
| Sage Mizer | $ _____ |
| Vanessa Spurgeon | $ _____ |
| Ashleigh Stein | $ _____ |

**Question 9:**

Has plaintiff EEOC proved that the 13 Sonic Drive-In franchises owned by Alvin McQuilliams and Laura McQuilliams are part of a single, integrated business enterprise?

Yes _____ No ✓_____

\* \* \*

We, the jury, have answered the questions as shown above and return these answers as our verdict.

9-28-2022
Date

