UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00226

**Equal Employment Opportunity Commission,**
*Plaintiff,*

v.

**SDI of Mineola, Texas LLC d/b/a/ Sonic Drive-In et al.,**
*Defendants.*

# FINAL JUDGMENT

All pending claims in this case having been resolved either by the jury or by order of this court, the court hereby enters final judgment.

Pursuant to Federal Rules of Civil Procedure 54 and 58, consistent with the court's orders, and in consideration of the unanimous jury verdict delivered on September 28, 2022, the court orders and enters final judgment as follows:

1. Plaintiff takes nothing by way of its claims against defendants.

2. The parties will bear their own costs and attorney's fees.

Any pending motions are denied as moot. All other relief not granted in this final judgment is denied. The clerk of court is directed to close this case.

*So ordered by the court on October 3, 2022.*

J. CAMPBELL BARKER
United States District Judge